ELECTRONICALLY FILED - 2026 Jul 07 1:55 PM - RICHLAND - COMMON PLEAS - CASE#2026CP4004663

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF Richland | CASE NO.: |
| Cecille McDaniel, | |
| Plaintiff(s), | |
| v. | **SUMMONS** |
| WAL-MART STORES EAST, LP, | |
| Defendants. | |

**YOU ARE HEREBY SUMMONED** and required to Answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the said Complaint on the Plaintiff or his Attorney, Trevor P. Eddy, Esquire at The Eddy Law Firm 1516 Richland Street Suite B Columbia, South Carolina, 29201, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to Answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for Judgment by default for the relief demanded in the Complaint.

Date: 7/7/2026

s/ Trevor P. Eddy

Trevor P. Eddy, Esq. (100069)
The Eddy Law Firm, LLC
1516 Richland Street
Suite B
Columbia, SC 29201
803-250-5402
Trevor@TheEddyLawFirm

ELECTRONICALLY FILED - 2026 Jul 07 1:55 PM - RICHLAND - COMMON PLEAS - CASE#2026CP4004663

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF Richland | CASE NO.: |
| Cecille McDaniel, | |
| Plaintiff(s), | |
| v. | COMPLAINT |
| WAL-MART STORES EAST, LP, | |
| Defendants. | |

The Plaintiff, complaining of the Defendant herein, alleges:

1. Plaintiff is a citizen of the County of Richland, State of South Carolina.
2. That upon information and belief, and at all times relevant herein, Defendant WAL-MART STORES EAST, LP, is a corporation incorporated under the laws of the State of Delaware. That upon information and belief, Defendant is authorized to do business in the County of Richland, State of South Carolina. That at all times relevant herein, Defendant was doing business in the County of Richland, State of South Carolina. That upon information and belief Defendant at all times relevant hereto owned, leased, controlled, maintained, possessed, operated, cared for, had custody of and/or was otherwise responsible for the premises, property, and/or business labelled as "Walmart Supercenter" located at 5420 Forest Dr, Columbia, SC 29206.
3. On or about 08/08/2025 Plaintiff was a patron and invitee within Defendant's store when shortly after entering Defendant's store, Plaintiff slipped and fell on a liquid foreign substance upon the floor, causing her severe and painful bodily injuries. There were no signs, warnings or other such devices at the area.
4. That the Defendant, by its agents, servants, and employees was negligent, grossly negligent, willful, wanton, careless and reckless in the following particulars, to wit:

   (a) in failing to use reasonable care to maintain the dangerous and defective condition, a trip

ELECTRONICALLY FILED - 2026 Jul 07 1:55 PM - RICHLAND - COMMON PLEAS - CASE#2026CP4004663

hazard, in a reasonably safe condition for ingress and egress in a common area of a store;

(b) in failing to maintain the premises in a safe condition;

(c) in failing to warn the Plaintiff of the unsafe condition;

(d) in failing to inspect the premises;

(e) in creating an unsafe condition by not properly cleaning the area;

(f) in permitting and allowing the dangerous condition to exist after the Defendant knew or should have known that the condition was present and hazardous to the Plaintiff and other visitors;

(g) in not providing assistance to Plaintiff; and,

(h) such other particulars as the evidence at trial may show.

5. That as a direct and proximate case of the acts and omissions, or both, of the Defendant, Plaintiff was injured and suffered great and permanent physical harm which has caused, and in the future will cause, him to suffer one or more of the following elements of damage:

(a) physical and mental anguish, pain and suffering;

(b) loss of enjoyment of life;

(c) expenses for past medical services;

(d) future medical expenses;

(e) permanent injury to their body;

(f) incidental expenses related to medical care; and,

(g) others that may be discovered at trial.

6. That due to the negligent, grossly negligent, reckless, willful, and wanton conduct of the Defendant, as well as its violations of statutory law and the standards of care, the Plaintiff is entitled to actual and punitive damages in such amount as to be determined by the trier of fact.

WHEREFORE, the Plaintiff prays unto this Honorable Court for and award judgment against the Defendant for such actual and punitive damages as may be established by a jury as well as the costs of this action and for such other and relief as this court may deem just and proper.

ELECTRONICALLY FILED - 2026 Jul 07 1:55 PM - RICHLAND - COMMON PLEAS - CASE#2026CP4004663

Date: 7/7/2026

s/ Trevor P. Eddy
Trevor P. Eddy, Esq. (100069)
The Eddy Law Firm, LLC
1516 Richland Street
Suite B
Columbia, SC 29201
803-250-5402
Trevor@TheEddyLawFirm.com